# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2007

133712

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT TRZCIENSKI,
      Plaintiff-Appellant,

v

                                    SC: 133712
                                    COA: 273209
                                    WCAC: 04-000309

MAPLE RIDGE BUILDING, INC., and
TRAVELERS INDEMNITY COMPANY,
      Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the March 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



s1017

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

Clerk